**People of the State of Illinois, Plaintiff-Appellee, v. Juan G. Alvarez, Defendant-Appellant.**

**Gen. No. 53,363. (Abstract of Decision.)**

First District, First Division.
February 2, 1970.

Goldberg & Goldberg, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Robert Kelty, Special Assistant State's Attorney, and Elmer C. Kissane, Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE ADESKO. Not to be published in full.